NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 09a0689n.06

Nos. 07-1801, 07-1802, 07-1805

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

**FILED**
**Oct 20, 2009**
LEONARD GREEN, Clerk

In re: KENNETH M. MITAN,

    Debtor,

KENNETH M. MITAN,

    Plaintiff-Appellant,

v.

CHARLES J. TAUNT; JEROME F. CORR;
FRANDORSON PROERTIES; LEONARD A.
DUVAL; HEINZ RODE,

    Defendants-Appellees.

ON APPEAL FROM THE
UNITED STATES DISTRICT
COURT FOR THE EASTERN
DISTRICT OF MICHIGAN

_____/

Before:    MARTIN, ROGERS, and COOK, Circuit Judges.

PER CURIAM. In this consolidated appeal, Kenneth Mitan takes issue with the district court's affirmances of the bankruptcy court's grants of summary judgment to the defendants. Having reviewed the briefs and records in these cases, we concur with the district court's well-reasoned opinions and **AFFIRM** those judgments. *Mitan v. Taunt,* No. 06-15114, 2007 WL 1424225 (E.D.Mich. May 10, 2007); *Mitan v. Corr, et al.*, No. 06-15115, 2007 WL 1452935 (E.D.Mich. May 10, 2007); and *Mitan v. Duval, et al.,* No. 06-15116, 2007 WL 1452940 (E.D.Mich. May 10, 2007).